■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS M. STISI, Appellant.—Appeal from a judgment of the County Court of Ulster County, rendered May 22, 1978, convicting defendant upon his plea of guilty of the crime of burglary in the third degree and sentencing him to an indeterminate term of imprisonment with a maximum of four years and a minimum of two years. Judgment affirmed (see *Monserrate v Upper Ct. St. Book Store,* 62 AD2d 419; *People v Blim,* 61 AD2d 876). Mahoney, P. J., Greenblott, Sweeney, Kane and Staley, Jr., JJ., concur.